1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant TIM JOLLYMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-0542 KAW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | DATE |
| | ) | |
| TIM JOLLYMORE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case with respect to Tim Jollymore, currently scheduled for Tuesday, February 5, 2013, at 10:00 a.m. before Honorable Magistrate Kandis A. Westmore, may be continued to Friday, March 8, 2013, at 9:30 a.m. for sentencing.  The reason for the continuance is that defense counsel, through no fault of her client, was unable to meet with Mr. Jollymore and review the draft presentence report in order to provide comments to the probation officer prior to the issuance of the final presentence

report. Counsel has since met with Mr. Jollymore and a continuance to March 8, 2013, will allow defense counsel to provide comments regarding the presentence report to the probation officer so that the final presentence report to be sent to the Court prior to sentencing will include any corrections, disputed facts or other information provided by on behalf of Mr. Jollymore.

Defense counsel has spoken to USPO Trevor Lilian who has no objection to the proposed continuance and is available should the sentencing date be continued to March 8, 2013.

DATED: 1/27/13         \_\_\_\_/s/_____
                       JOYCE LEAVITT
                       Assistant Federal Public Defender


DATED: 1/27/13         \_\_\_\_\_/s/_____
                       BRIAN LEWIS
                       Assistant United States Attorney


I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date, currently scheduled for Tuesday, February 5, 2013, at 10:00 a.m., shall be continued to Friday, March 8, 2013, at 9:30 a.m. before Honorable Magistrate Kandis A. Westmore for sentencing.

SO ORDERED.


DATED: 1/28/13         _____
                       HON. MAGISTRATE KANDIS A. WESTMORE
                       United States Magistrate Judge